University Sq. San Antonio, Tx. LLC v Mega Furniture Dezavala, LLC (2023 NY Slip Op 05816)

University Sq. San Antonio, Tx. LLC v Mega Furniture Dezavala, LLC

2023 NY Slip Op 05816

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, AND NOWAK, JJ.

681 CA 23-00088

[*1]UNIVERSITY SQUARE SAN ANTONIO, TX. LLC, PLAINTIFF-RESPONDENT,
v
MEGA FURNITURE DEZAVALA, LLC, MEGA FURNITURE & ACCESSORIES, LLC, KARIM KANJIYANI, YASMIN DAREDIA, ARIZONA MEGA FURNITURE, LLC, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

BARCLAY DAMON LLP, BUFFALO (MICHAEL E. FERDMAN OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
HARRIS BEACH PLLC, PITTSFORD (DALE A. WORRALL OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Victoria M. Argento, J.), entered November 4, 2022. The order, inter alia, denied the motion of defendants-appellants for summary judgment and granted the cross-motion of plaintiff for, among other things, summary judgment on its first and second causes of action. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: November 17, 2023
Ann Dillon Flynn
Clerk of the Court